# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                    NO. 4:05CR00040-011 SWW

GREGORY STEPHEN HURDLE, SR.                                 DEFENDANT

**ORDER**

Before the Court is the government's petition [doc #539] that summons be issued and a revocation hearing be held as to the above-named defendant.

A hearing is scheduled at *1:00 p.m. on THURSDAY, NOVEMBER 7, 2013, Courtroom #389*, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

IT IS SO ORDERED that the Clerk of Court is directed to issue a summons for **Gregory Stephen Hurdle, Sr.**, and the United States Marshal is directed to serve the summons in this matter upon defendant.

The Court has determined that the Federal Public Defender should be appointed and *Kim Driggers, Assistant Federal Public Defender, hereby, is appointed to represent defendant in all further proceedings herein* replacing James H. Phillips.

DATED this 22nd day of August 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE