# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                      NO. 4:05CR00040-011 SWW

GREGORY STEPHEN HURDLE, SR.

## ORDER

IT IS SO ORDERED that the petition to revoke supervised release [doc #539] filed August 19, 2013 is denied as moot and superseded by the petition filed September 17, 2013. The hearing remains set November 7, 2013 at 1:00 p.m.

DATED September 17, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE