# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                           4:05CR00040-011  SWW

GREGORY STEPHEN HURDLE, SR.                                           DEFENDANT

### ORDER

Pending before the Court is the defendant's motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for November 7, 2013 at 1:00 p.m. The government does not object to the continuance.

IT IS THEREFORE ORDERED that the motion to continue [doc #544] is **GRANTED** and the hearing is rescheduled for **WEDNESDAY, JANUARY 8, 2014 AT 1:00 P.M. IN COURTROOM #389.**

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 4th day of November 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE