# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

vs.                      NO. 4:05CR00040-011 SWW

GREGORY HURDLE, SR.                                                  DEFENDANT

## **ORDER**

Pending before the Court is the government's motion to dismiss the revocation petition against the above named defendant in this matter. For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion to dismiss the pending petition to revoke supervised release [doc #546] is **granted**. The motion to revoke probation [doc #542] is **denied as moot** and the hearing previously scheduled Wednesday, January 8, 2014 at 1:00 p.m. is canceled.

DATED this 6th day of January 2014.

                                                                 /s/Susan Webber Wright
                                                                  United States District Judge